UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Yang and Lisa Yang,

    Plaintiffs,

v.

Federal Home Loan Mortgage Corporation, JPMorgan Chase Bank, N.A., Homeward Residential, Inc., and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,

    Defendants.

Civil No. 13-846 (JNE/JSM)
ORDER

In a Report and Recommendation dated December 19, 2013, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Defendants' motions to dismiss be granted and that this action be dismissed with prejudice. Plaintiffs objected, and Defendants responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 26]. Therefore, IT IS ORDERED THAT:

1. Federal Home Loan Mortgage Corporation and J.P. Morgan Chase Bank, N.A.'s Motion to Dismiss [Docket No. 5] is GRANTED.

2. Homeward Residential, Inc.'s Motion to Dismiss [Docket No. 13] is GRANTED.

3. This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2014

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge